UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE: SECOND WAVE IBM ARBITRATION AGREEMENT LITIGATION**<br><br>**Defendant.** | No. 1:21-cv-09574-JMF |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant International Business Machines Corporation, through their undersigned counsel, who are authorized to execute this Stipulation, hereby dismiss the above-captioned consolidated cases as against Defendant, with prejudice, and with no award of attorneys' fees, costs and/or disbursements to any party. For the avoidance of confusion, the Plaintiffs listed below all initiated separate litigations, which were consolidated before the Court in the above-captioned matter. The above-captioned consolidated matter and the individual matters listed below should all be dismissed with prejudice pursuant to this Stipulation.

1. Apana, Steve - 1:21-CV-09661
2. Arnhols, Walter - 1:21-CV-09744
3. Bedard, Pierre - 1:21-CV-09662
4. Brackett, Paul - 1:21-CV-09721
5. Burch, Melissa - 1:21-CV-09666
6. Carceller, Salvador - 1:21-CV-09715
7. Chapa, Rene - 1:21-CV-09668
8. Cimina, Richard - 1:21-CV-09738
9. Cote, Denise - 1:21-CV-09669
10. Cox, Martha - 1:21-CV-09679
11. Cupelo, Mark - 1:21-CV-09741
12. Daglio, John - 1:21-CV-09677
13. Dawkins, Louis - 1:21-CV-09745
14. deGroh, Marie - 1:21-CV-09713
15. Di Maio, Elizabeth - 1:21-CV-09725
16. Dobson, Fred - 1:21-CV-09718

17. Gilmore, Sharon - 1:21-CV-09574
18. Douglass, Kelli - 1:21-CV-09720
19. Dunbar, William - 1:21-CV-09722
20. Fobbs, Sarita - 1:21-CV-09727
21. Fryett, Christopher - 1:21-CV-09678
22. Greenberg, Jesse - 1:21-CV-09723
23. Hou, Timothy - 1:21-CV-09683
24. Hunter, Donald - 1:21-CV-09743
25. Jackson, Betty - 1:21-CV-09726
26. Jefferson, Toni - 1:21-CV-09730
27. Johnson, Bonnie - 1:21-CV-09693
28. Krishnamurthy, Usha - 1:21-CV-09705
29. Lapointe, Nancy - 1:21-CV-09685
30. Liesen, David - 1:21-CV-10128
31. Markos, George - 1:21-CV-09733
32. Martin, Kenneth - 1:21-CV-09691
33. Mazzarelli, Gina - 1:21-CV-09735
34. Moliterni, Lara - 1:21-CV-09737
35. Nassar, Gregory - 1:21-CV-09731
36. Nelson, Rolf - 1:21-CV-09663
37. Nydam, David - 1:21-CV-09716
38. Pace, Brigitte - 1:21-CV-09739
39. Philips, Patrisa - 1:21-CV-09697
40. Reid, Steven - 1:21-CV-09734
41. Rivard-Gardner, Patricia - 1:21-CV-09701
42. Roberts, Jeffrey - 1:21-CV-09717; 1:21-CV-09719
43. Sayles, Andrea - 1:21-CV-09703
44. Schairer, Mark - 1:21-CV-09724
45. Shofler, Justin - 1:21-CV-09729
46. Spellman, Richard - 1:21-CV-09732
47. Trapp, Cliff - 1:21-CV-10979
48. Zerafa, Diane - 1:21-CV-09736
49. Zoglin, John - 1:21-CV-09742

Dated: July 15, 2022

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan
Lichten & Liss-Riordan, P.C.
729 Boylston Street
Suite 2000
Boston, MA 02116
sliss@llrlaw.com

/s/ Matthew W. Lampe
Matthew W. Lampe
JONES DAY
250 Vesey Street
New York, New York 10281
mwlampe@jonesday.com

Craig Friedman
JONES DAY

Counsel for Plaintiff

1221 Peachtree Street, NE
Atlanta, GA 30361
csfriedman@jonesday.com

Anthony J. Dick
JONES DAY
51 Louisiana Ave, N.W.
Washington, D.C. 20001
ajdick@jonesday.com

Counsel for Defendant

SO ORDERED.

*[signature]*

July 18, 2022

-3-